**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM HEMMINGS, | |
| Plaintiff, | Case No. 18-cv-2036 |
| v. | Hon. Jorge L. Alonso |
| INSYS THERAPEUTICS, INC., a Delaware corporation, | |
| Defendant. | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's June 29, 2018 Minute Order [Doc. No. 29], submit this Joint Status Report in advance of the Continued Status Hearing set for September 6, 2018. The parties state that, since the Initial Status Hearing on June 28, 2018, they have served written discovery and each party's responses are due on September 21, 2018. The parties also agreed to entry of a Confidentiality Order, which the Court entered on August 8, 2018 [Doc. No. 34]. The parties have no outstanding discovery issues or disputes that require the Court's resolution. The parties have started the process of scheduling depositions, including of fact witnesses identified to date. Deposition scheduling will accelerate once the parties have responded to written discovery.

**WILLIAM HEMMINGS**

By: /s/ Michael I. Leonard
     One of his attorneys

Michael I. Leonard
LeonardMeyer, LLP
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
Phone: (312) 380-6559
Email: mleonard@leonardmeyerllp.com

**INSYS THERAPEUTICS, INC.**


By:  /s/ Adam P. Schwartz
      One of its attorneys

Adam P. Schwartz
David J. Walz
CARLTON FIELDS JORDEN BURT, P.A.
P.O. BOX 3239
Tampa, FL 33601-3239
Phone: (813) 229-4336
Email: aschwartz@carltonfields.com
       dwalz@carltonfields.com

David J. Doyle
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Phone: (312) 360-6000
Email: ddoyle@freeborn.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the date shown below he caused the foregoing **Joint Status Report** to be filed electronically with the court, which will cause a copy of the document and notification of the filing to be sent to all counsel of record.

Dated: August 30, 2018  /s/ David J. Doyle
*Attorney for Insys Therapeutics, Inc.*