IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HEMMINGS,<br><br>    Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br>a Delaware corporation,<br><br>    Defendant. | Case No. 18-cv-2036<br><br>Hon. Jorge L. Alonso |

### DEFENDANT'S NOTICE OF CONFIRMED DEPOSITIONS

Defendant Insys Therapeutics, Inc. ("Insys"), pursuant to the Court's Notification of Docket Entry (D.E. 46), submits its Notice of Confirmed Depositions to be taken through March 15, 2019, as follows:

| | |
|---|---|
| Mr. William Hemmings | Feb. 12, 2019 |
| Ms. Monica Sircar | Feb. 13, 2019 |
| Ms. Charlene Nippa | Feb. 21, 2019 |
| William Hemmings III | Feb. 27, 2019 |
| Marie Hemmings | Feb. 28, 2019 |

Insys will provide Mr. Hemmings' counsel with a notice for each deposition identifying the time and place of the deposition and specifying whether it will be video-recorded.

116681014.1

INSYS THERAPEUTICS, INC.

By: /s/ Adam P. Schwartz
    *Attorney for Insys Therapeutics, Inc.*

Adam P. Schwartz (*pro hac vice*)
David J. Walz (*pro hac vice*)
CARLTON FIELDS JORDEN BURT, P.A.
P.O. BOX 3239
Tampa, FL 33601-3239
(813) 229-4336
aschwartz@carltonfields.com
dwalz@carltonfields.com

David J. Doyle
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
ddoyle@freeborn.com

2

116681014.1