IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HEMMINGS,<br><br>    Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br>a Delaware corporation,<br><br>    Defendant. | Case No. 1:18-cv-2036<br><br>Hon. Jorge L. Alonso |

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on June 10, 2019, (the "**Petition Date**"), Insys Therapeutics, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered under Case No. 19-11292 (KG).

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). Accordingly, unless the action is subject to one of the exceptions to the

automatic stay set forth in 11 U.S.C. § 362(b), the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

        WEIL, GOTSHAL & MANGES LLP
        Gary T. Holtzer (gary.holtzer@weil.com)
        Ronit J. Berkovich (ronit.berkovich@weil.com)
        Peter D. Isakoff (peter.isakoff@weil.com)
        Brenda L. Funk (brenda.funk@weil.com)
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        -and-

        RICHARDS, LAYTON & FINGER, P.A.
        John H. Knight (knight@rlf.com)
        Paul N. Heath (heath@rlf.com)
        Amanda R. Steele (steele@rlf.com)
        Zachary Shapiro (shapiro@rlf.com)
        One Rodney Square
        920 N. King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701

Dated: June 10, 2019

                                              INSYS THERAPEUTICS, INC.

                                              By: /s/ Adam P. Schwartz
                                                     One of its attorneys

Adam P. Schwartz *(admitted pro hac vice)*
David J. Walz *(admitted pro hac vice)*
Nancy J. Faggianelli *(admitted pro hac vice)*
CARLTON FIELDS, P.A.
P.O. BOX 3239
Tampa, FL 33601-3239
(813) 229-4336
aschwartz@carltonfields.com
dwalz@carltonfields.com
nfaggianelli@carltonfields.com

David J. Doyle
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
ddoyle@freeborn.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 10, 2019 he caused the above notice to be filed electronically with the court, which will cause a copy of the document and notification of the filing to be sent to all counsel of record.

                                              /s/ Adam P. Schwartz
                                              *Attorney for Insys Therapeutics, Inc.*

118442188.1